In the Matter of AMEENA B. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; CHARRIA B., Appellant. [947 NYS2d 899]

The petitioner established, with clear and convincing proof, that the mother is presently and for the foreseeable future unable, by reason of mental retardation, to provide proper and adequate care for the subject child, and that if the child were placed in her custody, the child would be in danger of becoming a neglected child (*see* Social Services Law § 384-b; *Matter of Lisa Marie S.*, 304 AD2d 762 [2003]; *Matter of Karan Ann B.*, 293 AD2d 673 [2002]). As such, the Family Court properly granted the petition to terminate the mother's parental rights.

The mother's remaining contention is without merit. Dillon, J.P., Leventhal, Austin and Roman, JJ., concur.

In the Matter of DARYUS B., a Person Alleged to be a Juvenile Delinquent, Respondent. PRESENTMENT AGENCY, Appellant. [947 NYS2d 885]

The Family Court erred in dismissing the petition (*see Matter of Shakeim C.*, 97 AD3d 675 [2012] [decided herewith]). Rivera, J.P., Florio, Eng and Roman, JJ., concur.